UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>DEBRA HAALAND, in her official capacity as Secretary of the U.S. Department of the Interior, and U.S. FISH AND WILDLIFE SERVICE,<br><br>Defendants. | Case No. 1:20-cv-02714-TSC |

**JOINT MOTION FOR APPROVAL OF
STIPULATION TO SETTLE PLAINTIFF'S CLAIM
FOR ATTORNEYS' FEES AND COSTS**

Plaintiff Center for Biological Diversity ("Plaintiff") and Defendants Debra Haaland, in her official capacity as Secretary of the U.S. Department of the Interior, and the U.S. Fish and Wildlife Service ("Service") (collectively, "the parties"), pursuant to the Court's August 24, 2021 Minute Order, come now before the Court to respectfully request approval of the Stipulation to Settle Plaintiff's Claim for Attorneys' Fees and Costs ("Stipulation"). In support of this motion, the parties state as follows:

1. On September 23, 2020, Plaintiff filed the above-captioned action to compel the Service to issue 12-month findings as to whether the listing of eight species of Caribbean skinks is warranted, not warranted, or warranted but precluded. ECF No. 1.

2. On May 27, 2021, the parties, through their authorized representatives, filed a Stipulated Settlement Agreement resolving the merits of the disputes set forth in Plaintiff's

Complaint and reserving Plaintiff's claim for an award of attorneys' fees and costs, which was approved by the Court the same day. ECF No. 14.

3. On July 27, 2021, the parties filed the Stipulation. ECF No. 15.

4. In a Minute Order issued on August 24, 2021, the Court informed the parties that to the extent they seek Court approval of the Stipulation, they should file a motion and a proposed order. The parties submit the instant motion pursuant to the August 24, 2021 Minute Order.

5. The parties believe that the Stipulation is in the interest of judicial economy and the parties' best interests. Furthermore, the parties believe that the Stipulation is in the public interest and just, fair, adequate, and equitable.

Therefore, the parties respectfully request that the Court grant the instant joint motion and approve the Stipulation pursuant to the terms therein. A proposed order is attached to this motion.

Respectfully submitted August 31, 2021:

| | |
|---|---|
| */s/ Elise Pautler Bennett* <br> Elise Pautler Bennett <br> D.C. Bar No. FL0018 <br> Center for Biological Diversity <br> P.O. Box 2155 <br> St. Petersburg, FL 33731 <br> Tel: (727) 755-6950 <br> Fax: (520) 623-9797 <br> ebennett@biologicaldiversity.org <br><br> Collette L. Adkins <br> MN Bar. No 035059X <br> (seeking admission pro hac vice) <br> Center for Biological Diversity <br> P.O. Box 595 <br> Circle Pines, MN 55014-0595 <br> Tel: (651) 955-3821 | TODD KIM <br> Assistant Attorney General <br> United States Department of Justice <br> Environment & Natural Resources Division <br> SETH M. BARSKY <br> Section Chief <br> MEREDITH L. FLAX <br> Assistant Section Chief <br> Wildlife & Marine Resources Section <br><br> */s/ Kamela A. Caschette* <br> KAMELA A. CASCHETTE <br> Trial Attorney <br> Wildlife & Marine Resources Section <br> Ben Franklin Station <br> P.O. Box 7611 <br> Washington, DC 20044-7611 |

| | |
|---|---|
| cadkins@biologicaldiversity.org<br><br>*Attorneys for Plaintiff* | Tel: (202) 305-0340<br>Fax: (202) 305-0275<br>Email: kamela.caschette@usdoj.gov<br><br>*Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record.

> */s/ Kamela A. Caschette*
> KAMELA A. CASCHETTE
> Trial Attorney, New York Bar
> United States Department of Justice
> Environment & Natural Resources Division
> Wildlife & Marine Resources Section
> Ben Franklin Station
> P.O. Box 7611
> Washington, DC 20044-7611
> Tel: (202) 305-0340
> Fax: (202) 305-0275
> Email: kamela.caschette@usdoj.gov
>
> *Attorney for Defendants*